# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **CLIVE FABIAN COHEN** | * | **CIVIL ACTION NO. 15-2542**<br>Section P |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LORETTA E. LYNCH, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Respondents' Motion to Dismiss [Doc. # 41] is hereby GRANTED, and the Petition for Writ of *Habeas Corpus* is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 20th day of April, 2017.

*(signed)* Robert G. James
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE